UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

HONGXIA GAO,

                          Plaintiff,

         v.

Pamela Bondi, U.S. ATTORNEY GENERAL,
Markwayne Mullin, U.S. SECRETARY OF
HOMELAND SECURITY, and
Francis Russo, NY DISTRICT DIRECTOR, U.S.
CITIZENSHIP AND IMMIGRATION SERVICES,

                     Defendants.[1]

-------------------------------------------------------------------x

**STIPULATION OF
DISMISSAL
WITHOUT PREJUDICE**

Civil Action No.
1:26-CV-502

(Garaufis, J.)

       IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-

captioned action, that this action shall be dismissed without prejudice, pursuant to Fed. R. Civ. P.

41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated: Flushing, New York
        March 25, 2026

                       By:      /s/ Yongxian Yang
                                        Yongxian Yang
                                        Law Office of Yongxian Yang PLLC
                                        3708 Main Street, Suite 303
                                        Flushing, NY 11354
                                        917-832-0033
                                        yongxian.yang@gmail.com
                                        *Attorney for Plaintiff*

**So Ordered.**

s/Nicholas G. Garaufis

**Hon. Nicholas G. Garaufis**
**Date:**   3/25/26

---

[1] Under Fed. R. Civ. P. 25(d), Secretary Markwayne Mullin is substituted for former Secretary Kristi Noem.

Dated: Brooklyn, New York
March 25, 2026

JOSEPH NOCELLA, JR.
United States Attorney
*Counsel for Defendants*
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, New York 11201

By:    /s *Justin S. Kirschner*
Justin S. Kirschner
Assistant U.S. Attorney
(718) 254-6884
Justin.Kirschner@usdoj.gov